DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Campbell v. Ingram<br><br>Case below:<br>180 N.C. App. 239 | No. 636A06 | 1. Def's (McLaurin) Motion to Withdraw Appeal (COA05-1516)<br><br>2. Def's (Ingram) Motion to Withdraw Appeal | 1. Allowed 04/10/07<br><br>2. Allowed 04/10/07<br><br>**Hudson, J., Recused** |
| Dillahunt v. Clark<br><br>Case below:<br>178 N.C. App. 561 | No. 447P06 | Plts' PDR Under N.C.G.S. § 7A-31 (COA05-1494) | Denied 05/03/07 |
| Don Setliff & Assocs., Inc. v. Subway Real Estate Corp.<br><br>Case below:<br>178 N.C. App. 385 | No. 413P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1423)<br><br>2. Plt's Motion to Supplement and Amend the PDR | 1. Allowed 03/08/07<br><br>2. Allowed 03/08/07 |
| Dunn v. Canoy<br><br>Case below:<br>180 N.C. App. 30 | No. 633P06 | 1. Max D. Ballinger's NOA Based Upon a Constitutional Question (COA05-794)<br><br>2. Max D. Ballinger's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu* 05/03/07<br><br>2. Denied<br><br>**Edmunds, J., Recused** |
| Dunn v. State<br><br>Case below:<br>179 N.C. App. 753 | No. 605PA06 | Defs' PDR Under N.C.G.S. § 7A-31 (COA05-1178) | Allowed 05/03/07 |